Tyler J. Woods (State Bar No. 232464)
  twoods@trialnewport.com
Richard H. Hikida (State Bar No. 196149)
  rhikida@trialnewport.com
Scott J. Ferrell (State Bar No. 202091)
  sferrell@trialnewport.com
**NEWPORT TRIAL GROUP**
A Professional Corporation
895 Dove Street, Suite 425
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and Counter-Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TAWNSAURA GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OPTIMUM NUTRITION, INC.<br><br>　　　　Defendant | Case No.  SACV12-2002 (AGRx)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| OPTIMUM NUTRITION, INC.<br><br>　　　　Counter-Claimant,<br><br>　　vs.<br><br>THE TAWNSAURA GROUP, LLC<br><br>　　　　Counter-Defendant | |

**TO THE COURT AND ALL PARTIES:**

**IT IS HEREBY STIPULATED**, by plaintiff The Tawnsaura Group and defendant Optimum Nutrition, Inc., that this Court dismiss this Action with prejudice pursuant to 41(a)(1)(A)(ii) as the parties have reached a settlement in this Action. Each party is to bear its own fees and costs.

Dated: January 22, 2013          NEWPORT TRIAL GROUP

                                 */s/ Tyler J. Woods*
                                 Tyler J. Woods
                                 Attorney for Plaintiff

Dated: January 22, 2013          VENABLE LLP

                                 */s/ Daniel S. Silverman*
                                 Daniel S. Silverman
                                 Attorney for Optimum Nutrition, Inc.

**STIPULATION FOR DISMISSAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2013, I electronically filed the foregoing **STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

 */s/Tyler J Woods*
Tyler J Woods